# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| M13 | 9711724 | Cooper | 2888 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 06/03/2022 1830
Offense Charged: 36 CFR 4.15(a) ☑ CFR ☐ USC ☑ State Code

Place of Offense: Many Glacier Road - Ranger Station

Offense Description: Factual Basis for Charge — HAZMAT ☐
Fail to maintain proper safety belts

### DEFENDANT INFORMATION
Last Name: Anthony
First Name: Douglas
M.I.: B (Jr)
Street Address: [redacted]

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| CHA617 | MT | | Toyota Tacoma | | Blue |

APPEARANCE IS REQUIRED — A ☑ If Box A is checked, you must appear in court. See instructions.

APPEARANCE IS OPTIONAL — B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT AT www.cvb.uscourts.gov → $ _____ Total Collateral Due

### YOUR COURT DATE
Court Address: Community Building, West Glacier MT 59936
Date: August 12th 2022
Time: 0900

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

*9711724*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on June 3rd, 2022 while exercising my duties as a law enforcement officer in the Federal District of Montana

See attached

The foregoing statement is based upon:
☑ my personal observation  ☑ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 06/04/2022   Officer's Signature: Cody Cooper

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial driver's license; CMV = Commercial vehicle involved in incident

CVB SCAN 06/24/2022 14:45