# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DOUGLAS B. ANTHONY, JR.,<br><br>Defendant. | PO-22-05051-GF-JTJ<br><br>VIOLATIONS:<br>9711723<br>9711724<br>Location Code: M13<br><br>ORDER |

Based upon the unopposed motion of the United States and for good cause appearing, **IT IS HEREBY ORDERED** that the defendant shall pay a total fine amount of $250 ($220 fine and $30 processing fee) for violation 9711724. The total fine amount will be paid in full on or before September 20, 2023. Payment(s) should be mailed to the following address:

Central Violations Bureau
P.O. Box 780549
San Antonio, TX 78278

The check(s) should be made out to the U.S. Courts - CVB. Defendant may also pay online at www.cvb.uscourts.gov.

**IT IS ALSO ORDERED** that violation number 9711723 is **DISMISSED**.

**IT IS FURTHER ORDERED** that the initial appearance in the above captioned matter, currently scheduled for September 30, 2022, is **VACATED**.

DATED this __20th__ day of September, 2022.

*/s/ John Johnston*
John Johnston
United States Magistrate Judge
